```
                    FILED
           CLERK U.S. DISTRICT COURT

                FEB 1 3 2013

           CENTRAL DISTRICT OF CALIFORNIA
           BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 13-48/13-62 |
| v. | |
| Joey Davis | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___February 15, 2013___, at ___2:00___ ☐ a.m. / ☑ p.m. before the Honorable ___Jacqueline Chooljian___, in Courtroom ___20, 312 N. Spring St., LA, CA 90012___

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___2/13/13___

_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                 Page 1 of 1